AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Edward Smart
)
)
*Plaintiff/Petitioner*
)
v.
)   Civil Action No. 19CV2027
Bremer County Jail
)
*Defendant/Respondent*
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **Bremer County Jail** .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes  ☒ No
(b) Rent payments, interest, or dividends ☐ Yes  ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes  ☒ No
(d) Disability, or worker's compensation payments ☐ Yes  ☒ No
(e) Gifts, or inheritances ☐ Yes  ☒ No
(f) Any other sources ☒ Yes  ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I recieve $40.00 from my girlfriend every other week while i'm incarcerated

## CERTIFICATION OF INMATE ACCOUNT AND ASSETS

I certify that the applicant, _Edward Smart_ ,
ID #_____ has the sum of $_____ on account to his/her credit at the
_Bremer County_ institution where he/she is confined.

I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution:

_6 months_

I further certify that, during the last six months, the applicant's average inmate account balance was $_____ and the past six-month average monthly deposit amount to the inmate account is $_____ .

Based on the above inmate account balance: (check the appropriate response)

_____ The applicant has sufficient funds in his/her account to pay the $400.00 filing fee; or

_____ The applicant has insufficient funds in his/her account to pay the $400.00 filing fee at this time. I calculate that twenty percent (20%) of the greater of:

a. The average monthly deposits to his/her prison account is $_____ ; or

b. The average monthly balance in his/her prison account for the six-month period immediately preceding the filing of this action is $_____, for the purpose of an initial partial filing fee.

After payment of the initial partial filing fee, this office will forward twenty percent (20%) of the applicant's previous month's income as monthly payments from his/her prison account to the Clerk of Court each time the amount in the account exceeds $10.00, until the filing fee is paid in full.

Signed this _____day of _____ , 20_____ .

_____
Authorized Officer of Institution

INMATE: <u>Edward Smart</u>
BREMER COUNTY JAIL
111 4th Street N.E.
Waverly, Iowa        50677

USA
FOREVER

Clerk U.S. District court
111 Seventh Avenue SE Box 12
cedar Rapids, Iowa
                52401-2101

4/29/19
-SLM

legal mail

legal mail